```
 1  KAREN P. HEWITT
    United States Attorney
 2  Peter J. Mazza
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    United States Courthouse
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone:  (619) 557-5528

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
MAY 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  07-CR-0022 BTM |
|---|---|---|
| Plaintiff, | ) | JUDGMENT ON DEFAULT |
| v. | ) | |
| Luis Rene Angulo (1), | ) | |
| Defendant. | ) | |

Defendant Luis Rene Angulo failed to appear on March 2, 2007, and answer the charge of the plaintiff, United States of America, against him. Therefore, the bond posted in the above-entitled matter on December 27, 2006, was and is forfeited. A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys above-named, and after due notice of said motion having been served on all parties herein, including the clerk of the court as agent for the obligors on the bond;

//

//

//

//

//

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recovers from defendant Luis Rene Angulo, and the sureties Susano Armando Penunuri and Jose Angulo, judgment in the sum of $75,000. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

DATED: May 11, 2007.

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE